**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**


WARREN E. HULL                                                                    PLAINTIFF

vs.                                                              Civil Action No. 3:05-cv-46 WS

SUPER SEER CORPORATION;
MISSISSIPPI DEPARTMENT OF
CORRECTIONS;  and TASHA L. DAVIS                              DEFENDANTS


### <u>ORDER OF DISMISSAL</u>

Based on the Stipulation of Dismissal filed by the parties on June 5, 2006, the

above-styled and numbered civil action is dismissed without prejudice.

SO ORDERED, this the 27th day of June, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE